# UNITED STATES DISTRICT COURT

_____ DISTRICT OF WYOMING _____

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 03 2009

Stephan Harris, Clerk
Cheyenne

UNITED STATES OF AMERICA

V.   CRIMINAL COMPLAINT

**JOSEPH PATRICK KORTZ**   CASE NUMBER: 09-mj-160-D

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 2, 2009, in the District of Wyoming, defendant **JOSEPH PATRICK KORTZ**, did knowingly steal and take from an authorized depository for mail matter, packages containing Netflix DVDs,

in violation of 18 U.S.C. § 1708. I further state that I am a United States Postal Inspector and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ✓ Yes   No

_____
Signature of Complainant
**Brian Mullervy**

Sworn to before me and subscribed in my presence,

**September 3, 2009**   at   **Cheyenne, WY**
Date                                               City and State

**Alan B. Johnson**
**United States District Court Judge**   _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## Affidavit of USPI Brian Mullervy

1. I, Brian Mullervy, Affiant herein, am a United States Postal Inspector and have been so employed for the past 20 years. I am currently assigned to investigate crimes committed against the United States, within the State and District of Wyoming. Pursuant to this responsibility, I am aware of the circumstances set forth below.

2. On September 2, 2009, at approximately 2:40 PM, Ms. Lisa Detamore who resides on West Leisher Road, Cheyenne, Wyoming was at her home when her doorbell rang. Ms. Detamore opened her front door and observed a young male; wearing a brown shirt and blue jeans walking across the street and approach her neighbor's, the Jackson's, front door located on West Leisher Road. Ms. Detamore watched the individual ring the Jackson's door bell and close their mailbox which was open. The individual then opened the screen door and knocked on the front door. Ms. Detamore then saw the individual open the Jackson's mailbox and steal a red package which she believed to be a Netflix DVD mailing and he walked away with the package.

3. The individual began walking away from the front door and proceeded West on West Leisher Road. Ms. Detamore called Cheyenne Police and advised them of the theft and gave a description of the individual. Ms. Detamore contacted her neighbor Marvin Jackson at his residence, and alerted him that his mail was stolen.

4. Cheyenne Wyoming Police Officers Devall, Whittet and Long arrived on the scene and contacted an individual at the corner West Leisher Road and Aimes Road. The individual was running and wearing a brown shirt and blue jeans. The individual was identified as Joseph Patrick Kortz. Kortz advised police that he was in the area selling magazine subscriptions. He denied stealing any mail from any mailboxes in the area. Police

asked him why he was running from the area. Mr. Kortz said he was running because he had to meet his ride and if he was late they would leave the area without him.

5. While the police were talking to Kortz, Ms. Detamore walked by the area on her way to Goins elementary school to pick up her children. She advised police that Kortz is the same individual who she observed stealing mail from Marvin Jackson's mailbox.

6. The officers located two Netflix DVD's which were located on top of a vehicle in the same proximity of Mr. Kortz at the corner of West Leisher Road and Aimes Road. The officers also located the two associated mailing envelopes for the DVD's in a trash can located in front of a residence on West Leisher Road. The envelopes were addressed to Laverne Jackson, West Leisher Road, Cheyenne Wyoming 82007-2235. Marvin Jackson advised Cheyenne Police that Laverne is his wife and they ordered the DVD's through Netflix; and gave no one authorization to have in their possession the mailings containing the DVD's.

## PENALTY SUMMARY

**DATE:** September 3, 2009

**DEFENDANT NAME:** JOSEPH PATRICK KORTZ

**VICTIM:** Yes

**OFFENSE AND PENALTIES:**

**OFFENSE:** 18 U.S.C. § 1708
(Theft of Stolen Mail)

**PENALTIES:** 0-5 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**TOTALS:** 0-5 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**AGENT:** Brian Mullervy/USPS       **AUSA:** L. Robert Murray

**ESTIMATED TIME OF TRIAL:**          **INTERPRETER NEEDED:**

✓ five days or less                   ___ Yes
___ over five days                    ✓ No
___ other

**THE GOVERNMENT:**

✓ will                                ___ The court should not grant bond
                                          because the defendant is not bondable
___ will not                              because there are detainers from other
                                          jurisdictions

**SEEK DETENTION IN THIS CASE.**