FILED



12:07 pm, 9/4/09

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

JOSEPH PATRICK KORTZ
DEFENDANT

Case No. 09-MJ-160-D    Date 9/4/09
Time 11:47 - 12:05
☐ Indictment        ☐ Information
☑ Complaint         ☐ Other

Offense  18 USC 1708 - Theft of Mail

Before the Honorable, Alan B. Johnson       Recorded FTR    ☐ Disk NO.

Zac Fisher        Julie Hedelson Thomas                   Greg Phillips         Dennis Conmay
Deputy Clerk      Court Reporter        Probation Officer   Asst. U.S. Attorney    Marshal

INTERPRETER _____

Appeared      ☐ Voluntarily
              ☑ In-Custody
☑ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing
              ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

1.  Initial appearance   Date 9/4/09      (Comments) _____

    **BOND IS**    ☑ Defendant is detained
                   ☐ Set at $_____  ☐ Cash or Surety  ☐ Unsecured
                   ☐ Continued on the same terms and conditions
                   ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local         ☐ Maintain current residence
☐ Seek/Maintain employment                        ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____              ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Abide by the following curfew
☐ Not use or possess alcohol                      ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                       ☐ Avoid all contact with
☐ Submit to drug/alcohol testing                  ☐ Post property or sum of money _____
☐ Do not obtain passport                          ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other
_____
_____
_____
_____
_____

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☐ Bail review/detention hearing      Date _____
☐ Defendant detained -     Reasons
_____
_____
_____

☐ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____    ☐ Preliminary hearing waived
☐ Removal hearing waived    ☐ Removal hearing held    Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
    ☐ Bond to transfer    Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____

2.    Preliminary hearing      Date _____
    Witnesses _____
_____
_____

    Outcome
      ☐ Bound over to U.S. District Court    ☐ Dismissed

☐ Other _____
_____
_____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

| Not Guilty Plea | Guilty Plea |
|---|---|
| ☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☐ Motions to be filed in _____ days or | ☐ Defendant advised on consequence of a plea of guilty |
| On / Before _____ | ☐ Plea agreement filed |
| ☐ Trial date set for _____ at _____ | ☐ Sentencing set for _____ at _____ |
| In _____ | In _____ |
| | ☐ Plea conditionally accepted |

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court